UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-cv-00181-MR

| | |
|---|---|
| DAVID EZELLE SIMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| TODD ISHEE, Secretary, North ) | |
| Carolina Department of Adult ) | |
| Correction, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own review of the record.

This is a 28 U.S.C. § 2254 proceeding brought by David Ezelle Simpson (the "Petitioner"), a prisoner of the State of North Carolina. The Petitioner pleaded guilty on March 11, 2020 to two counts of indecent liberties with a child as a habitual felon in Mecklenburg County Superior Court. [Doc. 1 at 1; Doc. 3 at 2; Doc. 5 at 1]. The Petitioner filed his § 2254 Petition for Writ of Habeas Corpus in this Court on April 25, 2022. [Doc. 1].

It has come to the Court's attention that the Petitioner has filed documents with the Court that include the names and personal identifying information of minor victims, which the Clerk will be instructed to redact. [See, e.g., Docs. 4, 18, 39-1].

**IT IS, THEREFORE, ORDERED** that the Clerk of Court is hereby respectfully instructed to redact the names and personal identifying information of any minor victims that appear in CM-ECF and are otherwise available to the public.

**IT IS FURTHER ORDERED** that the Petitioner is instructed to refer to any minor victims by initials only and otherwise protect the identify of minor victims from public disclosure in future filings with the Court.

**IT IS SO ORDERED.**

Signed: June 27, 2023

Martin Reidinger
Chief United States District Judge