# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **DAVID EZELLE SIMPSON,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:22-cv-00181-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **TODD ISHEE,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2024 Memorandum of Decision and Order.

May 16, 2024

Katherine Hord Simon, Clerk
United States District Court